UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KIERAN KELLY | : |
| | : |
| -V- | : NO. 1:15-cv-06926 NLH-JS |
| | : |
| ATLANTIC CAPE FISHERIES, INC., | : |
| SEA HARVEST, INC., | : |
| And the F/V PACIFIC CAPES | : |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, at a time to be determined by the Court, Defendants will move this Court Judge Noel L. Hillman at the U.S. Courthouse in Camden, New Jersey for an Order Granting Defendants' Motion in Limine to bar the testimony and report of Plaintiff's expert, Joseph A. Derie, at time of trial with respect to allegations of applicability and violations of the Occupational Safety & Health Act and related regulations.

PLEASE TAKE FURTHER NOTICE that any opposing papers and answering brief shall be served as directed by the Court.

REEVES McEWING, LLP

*/s/ Brian McEwing, Esquire*
BRIAN McEWING, ESQUIRE
681 Townbank Road
Cape May, New Jersey 08204
Tele: #609-846-4717
Attorney for Defendants
mcewing@lawofsea.com

Date: 12/4/17