Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
                        - - -

KIERAN KELLY,                     )
                                  )
            Plaintiff,            )No. 1:15-CV-06926
                                  )NLH-JS
    vs.                           )
                                  )
ATLANTIC CAPE FISHERIES, INC.,    )
SEA HARVEST, INC., and the F/V    )
PACIFIC CAPES,                    )
                                  )
            Defendants.           )

                        - - -
        Videotape Deposition of KIERAN KELLY
              Wednesday, April 20, 2016
                        - - -
```

The deposition of KIERAN KELLY, Plaintiff herein, called as a witness by the Defendants, pursuant to notice and the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before me, the undersigned, Barbara Metz Leo, a Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Network Deposition Services, 2222 Filmore Avenue, Suite 508, Erie, Pennsylvania 16506, commencing at 9:52 a.m., the day and date above set forth.

- - -

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street — Suite 1800
Philadelphia, PA  19103

DEFENDANT'S EXHIBIT B

Page 107

```
 1      Q     Did you have input into what safety
 2   equipment was purchased?
 3      A     We had a guy come aboard the vessel at
 4   some stage there from the Coast Guard to make his
 5   recommendation regarding fire extinguishers and
 6   life rafts, EPIRBs, flares, survivor suits.  You
 7   name it.
 8      Q     So you had all the safety equipment you
 9   needed?
10      A     I had all the safety equipment I needed,
11   yeah.  Coast Guard -- U.S. Coast Guard passed the
12   vessel to go to sea.  They carry out -- they
13   carried an inspection.  I wasn't there.  I can't
14   remember.  I can't remember.  But it was inspected
15   at some stage, and they were saying the vessel is
16   fine.
17      Q     And as captain of the vessel, you had the
18   final decision on sailing or not sailing?
19      A     Yeah, correct.  Well, I was pretty much
20   being told to this stage you need to get the vessel
21   to sea.
22      Q     That wasn't my question.
23      A     I know what your question is.  I made
24   that decision.  The vessel was deemed safe, like I
25   thought it was going to be safe.
```