**U.S. Department of Homeland Security**

**United States Coast Guard**

Commandant
United States Coast Guard

2703 Martin Luther King Jr Ave SE
Stop 7501
Washington, DC 20593-7501
Staff Symbol: CG-INV-3
Phone: (202) 372-1267
Fax: (202) 372-1922
Email: Lesley.Mose@uscg.mil

5720
FOIA 13-3044
September 4, 2013

Mr. Samuel Martin, VP Operations
Atlantic Capes Fisheries, Inc.
985 Ocean Drive
Cape May, NJ 08204-1855

Dear Mr. Martin:

This letter is in response to your Freedom of Information Act (FOIA) request of August 8, 2013, concerning the boarding (Activity numbers 4641883 and 4643045) involving the vessel PACIFIC CAPES on July 3, 2013. This office received your request on August 28, 2013.

Per your letter on August 8, 2013, it is our understanding that you do not request the following information: names of private citizens who are third parties or witnesses, names of junior Coast Guard personnel, home addresses, home telephone numbers and dates of birth/ages.

We are granting your request under the FOIA, Title 5 U.S.C. § 552, as amended, and DHS' implementing regulations, 6 CFR Chapter I and Part 5. After carefully reviewing the responsive documents, I determined that they are appropriate for public release.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. In this instance, because the cost is below $14 minimum, there is no charge.

We have enclosed all of the information requested in your letter of August 8, 2013, as amended during the telephone conversation referenced above. If this does not reflect your understanding, please advise me in writing, within twenty days from the date of receipt of this letter.

Sincerely,

D. PATTERSON
Chief, Data Administration Division
U.S. Coast Guard
By direction

Enclosure:    (1) Boarding Report numbers 4641883 and 4643045 with enclosures

Copy:    CG-DCO Directorate FOIA Coordinator

DEFENDANT'S
EXHIBIT
C

Blumberg No. 5114

KK1963

86.01



**U.S. Department of Homeland Security**
**United States Coast Guard**

## Activity Summary Report

360 - 642 - 2382

| | |
|---|---|
| Title | STATION CAPE DISAPPOINTMENT UBN 279 |
| Activity ID: | 4641883 |
| Activity Start Time: | 07/04/2013 12:30.00 AM |
| Originating Unit: | STA CpeDisapnt |
| Owner Unit: | D13 dp |
| Controlling Unit: | D13 dp |
| Activity Type: | Boarding |
| Team Lead: | |
| Status: | Closed - Agency Action Complete |
| Status Date: | 07/08/2013 |
| Prompt Date: | 07/03/2013 |
| Subject POC: | MK2 |

### Vessel Owner/Operator:

| Owning Organization Name | | | | | |
|---|---|---|---|---|---|
| ATLANTIC CAPES FISHERIES INC - | | Corporation | | | |
| Address | City | State | Zip | Country | Province |
| 985 OCEAN DRIVE | CAPE MAY | NJ | 08204 | US | |
| Operator Name | | | | | |
| | | | | | |
| Address | City | State | Zip | Country | Province |
| | | | | US | |

### Vessel Information

| | | | | |
|---|---|---|---|---|
| Vessel Name: | VIN: | Flag: | Length: | Tonnage(GRT/ITC): |
| PACIFIC CAPES | 583721 | UNITED STATES | 91.3 | |
| Year Completed: | Vessel Type: | | | Propulsion Type: |
| 1977 | Fishing Vessel-Fish Catching Vessel-Longliner | | | |
| Engine Compartment: | Fuel Compartment: | Construction: | | |
| Closed | Closed | Closed | | |

### Activities Conducted:

| Type | Date | Unit |
|---|---|---|

### Associated/Involved Parties:

| Party Name | Party Role | |
|---|---|---|
| ATLANTIC CAPES FISHERIES INC | Owner | |
| | NVDC Phone Number | 609-884-3000 |
| | NVDC Fax Number | 816098843261 |
| | NVDC EMail | smartin@atlanticcapes.com |
| | Operator | |
| | Primary | |

### Inspection Results

| System | Date | Results |
|---|---|---|
| Accommodation/Occupational Safety | 07/04/13 | Inspected Satisfactory |
| Communications | 07/04/13 | Inspected Satisfactory |
| Deck/Cargo | 07/04/13 | Inspected Satisfactory |
| Documentation | 07/04/13 | Outstanding Deficiencies Exist |
| Electrical | 07/04/13 | Inspected Satisfactory |
| Engineering | 07/04/13 | Inspected Satisfactory |

KK1964

**Inspection Results**
**(Continued)**

| | | |
|---|---|---|
| Fire Fighting | 07/04/13 | Inspected Satisfactory |
| Fisheries | 07/04/13 | Outstanding Deficiencies Exist |
| Lifesaving | 07/04/13 | Outstanding Deficiencies Exist |
| Navigation | 07/04/13 | Inspected Satisfactory |
| Operations/Management | 07/04/13 | Outstanding Deficiencies Exist |
| Personnel | 07/04/13 | Inspected Satisfactory |
| Pollution Prevention/Response | 07/04/13 | Outstanding Deficiencies Exist |

**Inspection Results - Deficiencies**

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 10 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Documentation | | Markings/Placards | Official Number (US) | |

—Description—
OFFICIAL NUMBER NOT PERMINATELY AFFIXED TO THE VESSEL.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 11 | | | 07/04/2013 | |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Fisheries | | State Violation | Other - Explain in Details | |

—Description—
VESSEL WAS SITED BY ODFW FOR LACK OF "ROTTEN COTTON" ON TRAPS AND ANOTHER VIOLATION IN RELATION TO PERMITS.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 12 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Lifesaving | | Immersion Suits | Marking | |

—Description—
IMMERSION SUITS NOT PROPERLY MARKED IAW 46 CFR 28.135

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 13 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Lifesaving | | Lifebuoys | Markings (ship name/port) | |

—Description—
LIFE RING BUOYS NOT PROPERLY MARKED WITH THE VESSELS NAME IAW 46 CFR 28.115

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 14 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Documentation | | Certificates/Documents | Stability Letter | |

—Description—
MASTER STATED THAT THE VESSEL WAS IN THE PROCESS OF BEING CONVERTED. WAS UNABLE TO FURNISH STABILITY INSTRUCTIONS. AFTER TALKING TO ████████ FROM SECTOR COLUMBIA RIVER, HE STATED THAT ONCE HE WAS ONBOARD THE VESSEL HE WOULD BE ABLE TO DETERMINE IF THIS WAS A VIOLATION.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 4 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Operations/Management | | Drills/Instruction | Not Conducted | |

—Description—
DID NOT HAVE RECORDS OF RUNNING DRILLS. VESSEL SAFETY ORIENTATION LOG WAS NOT UP TO DATE FOR THE CREW MEMBERS CURRENTLY ON BOARD THE VESSEL

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 5 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Operations/Management | | Lifesaving | Op Readiness/Maintenance/Inspection | |

—Description—
NO RECORD OF EPIRBS BEING TESTED IAW 46 CFR 25.26-50(a). EPIRBS WERE ALSO NOT PROPERLY LABELED.

KK1965

**Inspection Results - Deficiencies**
(Continued)

| ITEM 6 | COMPLIANCE DATE | | DATE ISSUED 07/04/2013 | DATE RESOLVED 07/04/2013 |
| --- | --- | --- | --- | --- |
| SYSTEM Operations/Management | SUBSYSTEM Navigation Safety | | COMPONENT Navigation Underway, General | |

—Description—

ANCHOR LIGHT WAS INOPERABLE.

| ITEM 7 | COMPLIANCE DATE | | DATE ISSUED 07/04/2013 | DATE RESOLVED 07/04/2013 |
| --- | --- | --- | --- | --- |
| SYSTEM Operations/Management | SUBSYSTEM Navigation Safety | | COMPONENT Navigation Underway, General | |

—Description—

VESSEL HAD NO ADEQUATE SOUND PRODUCING DEVICE ON BOARD. SHIPS HORN WAS INOPERABLE. SHIP HAD BELL, BUT WAS NOT MOUNTED.

| ITEM 8 | COMPLIANCE DATE | | DATE ISSUED 07/04/2013 | DATE RESOLVED 07/04/2013 |
| --- | --- | --- | --- | --- |
| SYSTEM Pollution Prevention/Response | SUBSYSTEM Prevention Equipment | | COMPONENT Sewage System Valve | |

—Description—

VALVE BETWEEN HOLDING TANK AND SKIN OF THE SHIP WAS CLOSED BUT NOT SECURED IAW 33 CFR 159.7. THE REGULATION STATES THAT IN THE NO DISCHARGE ZONE THE Y VALVE HANDLE MUST BE SECURED BY REMOVING THE HANDLE, LOCKING THE OVERBOARD DISCHARGE VALVE IN THE CLOSED POSITION, OR WIRE TYING THE OVER BOARD DISCHARGE VALVE.

| ITEM 9 | COMPLIANCE DATE | | DATE ISSUED 07/04/2013 | DATE RESOLVED 07/04/2013 |
| --- | --- | --- | --- | --- |
| SYSTEM Documentation | SUBSYSTEM Safety/Response Plans/Programs | | COMPONENT Waste Management Plan | |

—Description—

WASTE MANAGEMENT PLAN NOT AVAILBILE FOR INSPECTION.

**Documents and Certificates:**

(none)

**Locations:**

| Latitude | Longitude | Time | Description |
| --- | --- | --- | --- |
| 46 11.28 N | 123 51.7 W | 07/04/2013 00 30 | PIER 2, ASTORIA OREGON |

Applicable Rules: COLREGS

**Narrative Summary:**

ON 03JUL13, 1700 LOCAL TIME, STATION CAPE DISAPPOINTMENT RECEIVED A CALL FROM 911 DISPATCH THAT THERE WERE CONFLICTING REPORTS COMING FROM THE FISHING VESSEL PACIFIC CAPES. ONE REPORT WAS THAT A CREW MEMBER WAS BEING HELD AGAINST HIS WILL AND FEARED FOR HIS LIFE, THE OTHER REPORT WAS FROM THE CAPTAIN OF THE VESSEL STATING HE HAD A CREWMEMBER INTOXICATED ON A CONTROLLED SUBSTANCE THAT WAS GOING CRAZY AND HAD LOCKED HIMSELF IN HIS ASSIGNED STATEROOM. THE 25556 GOT UNDERWAY AND MET THE BOAT AS IT WAS PREPARING TO MOOR AT PIER 2 IN ASTORIA OREGON. THE BOARDING TEAM CONSISTING OF BM2 ▮▮▮▮▮▮▮. BM3 ▮▮▮▮▮▮▮, AND MYSELF BOARDED THE VESSEL. UPON BOARDING WE MET WITH THE CAPTAIN AND GOT HIS STORY THAT COINCIDED WITH THE INITIAL REPORTING SOURCE. HE ALSO STATED HE JUST WANTED THE INTOXICATED CREW MEMBER ▮▮▮▮ OFF OF HIS BOAT AS SOON AS IT MOORED. WE THEN PROCEEDED TO THE AFT DECK WHERE ALL CREW MEMBERS INCLUDING ▮▮▮▮ HAD MUSTERED. WHILE THE CREW WERE MAKING READY TO MOOR, WITH CAPTAINS PERMISSION, THE BOARDING TEAM LED ▮▮▮▮ BELOW DECKS TO HIS STATEROOM TO GATHER HIS THINGS. AFTER THE BOAT HAD MOORED, ▮▮▮▮ WAS REMOVED FROM THE VESSEL. WHILE TALKING TO HIM, HE STATED THERE WERE NUMEROUS SAFETY VIOLATIONS ON BOARD. UPON HEARING THAT, WE REQUESTED THAT THE SECTOR COLUMBIA RIVER VBST PROVIDE SUPPORT FOR THE 4100-F INSPECTION. UPON THE ARRIVAL OF MEC ▮▮▮▮, AND ENS ▮▮▮▮

KK1966

FROM THE VBST, THE SHIP'S CREW WAS REMOVED FROM THE VESSEL AND GIVEN PERMISSION TO CONTINUE ON WITH THEIR PORT CALL, WITH THE EXCEPTION OF THE SHIP'S CAPTAIN AND THE SHIPS ENGINEER. THE BOARDING TEAM THEN PROCEEDED TO CONDUCT A STANDARD "BIG 8" BOARDING AFTER COMPLETING THE ISS/ISI. WHILE CONDUCTING THE "BIG 8" BOARDING, WE FOUND NUMEROUS VIOLATIONS, AND PROCEEDED WITH A FULL 4100-F BOARDING. UPON COMPLETION OF THE BOARDING A TOTAL OF 11 VIOLATIONS WERE FOUND. WHILE INSPECTING HIS PAPERWORK, HE HAD PRODUCED A WASHINGTON FISHING PERMIT FOR HAGFISH AND 100 POTS. WHILE ACTIVELY GATHERING INFORMATION FROM ▇▇▇▇ PRIOR TO HIS DEPARTURE, HE HAD STATED THAT THE SHIP HAD OVER 200 POTS OUT, AND HAD NO "ROTTEN COTTON" ON ANY TRAPS. I THEN ASKED THE CAPTAIN HOW MANY POTS HE HAD OUT AND HE STATED THEY HAD DROPPED 198. I THEN INQUIRED AS TO WHERE HIS PERMITS FOR THE OTHER 98 POTS WERE. HE WAS ABLE TO PRODUCE 98 OREGON PERMITS AND STATED THEY WERE DROPPING THEM BY TILLAMOOK ROCK. WHILE HE WAS SEARCHING FOR THE OREGON PERMITS, THE BOARDING TEAM CONTACTED WASHINGTON DFW OFFICER ▇▇▇▇▇▇ HE STATED THAT THE WASHINGTON PERMIT WAS CORRECT, SUGGESTED WE GET IN TOUCH WITH OREGON'S DFW. WE CONTACTED OREGON DFW AND EXPLAINED WHAT THE CAPTAIN HAD PRODUCED AND THAT WE WEREN'T SURE HE HAD THE REQUIRED PERMITS. A FEW MINUTES LATER AN OFFICER FROM ODFW ARRIVED AND STARTED LOOKING AT THE PERMITS AND CHECKING A FEW TRAPS THAT WERE ON DECK, NOTING THAT THEY DID NOT HAVE THE REQUIRED "ROTTEN COTTON". HE THEN PROCEEDED TO CITE THE MASTER FOR HIS FISHERIES VIOLATIONS. AFTER DISCUSSING THE BOARDING VIOLATIONS WITH THE BOARDING TEAM, I DETERMINED THAT THE BOAT WAS UNSAFE AND REQUESTED A CAPTAIN OF THE PORT (COTP) ORDER ON THE VESSEL TO NOT LEAVE THE PIER UNTIL PROPERLY INSPECTED BY A COMMERCIAL FISHING INSPECTOR. AFTER ROUTING THE REQUEST, THE ORDER WAS GRANTED AND A VERBAL COTP ORDER WAS GIVEN TO THE SHIP'S CAPTAIN STATING HIS SHIP WAS UNABLE TO LEAVE THE PIER UNTIL HE HAD BEEN PROPERLY INSPECTED, AND THAT A WRITTEN ORDER WOULD BE DELIVERED TO HIM WITH FURTHER INSTRUCTIONS. THE CAPTAIN STATED HE UNDERSTOOD AND WOULD COMPLY. WITH THAT, THE BOARDING TEAM DISEMBARKED AND RETURNED TO STATION.

THIS STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE.

//S// ▇▇▇▇▇▇ , MK2, USCG//

Vessel cleared all safety violations issued during this boarding. See activity 4643045. Closed boarding activity.
7/8/2013 ▇▇▇▇ D13 dpi

## Activity Action Log:

| Eff. Date | Unit | Individual | Description | |
|---|---|---|---|---|
| 07/04/2013 | STA CpeDisapnt | ▇▇▇▇ | Status Changed to "Open - In Progress" | |
| 07/04/2013 | STA CpeDisapnt | | Activity Created. Status: "Open - In Progress" | |
| 07/04/2013 | STA CpeDisapnt | ▇▇▇▇ | Status Changed to "Closed - Administrative Action" | |
| 07/05/2013 | STA CpeDisapnt | ▇▇▇▇ | Status Changed to "Open - Submitted for Review" | |
| 07/05/2013 | STA CpeDisapnt | ▇▇▇▇ | XFerred Ownership and Control to D13 dre for Completion | |
| 07/08/2013 | D13 dre | ▇▇▇▇ | XFerred Ownership and Control to D13 dp for Completion | |
| 07/08/2013 | D13 dp | ▇▇▇. | Status Changed to "Closed - Agency Action Complete" | |

## Boarding Outcome

| Violation Issued | Voyage Terminated |
|---|---|

## Boarding: Unit Operating Info

| TACON | Mission | Unit Resource Type |
|---|---|---|
| Sector Columbia River | Commercial Vessel Safety | RESPONSE BOAT SMALL |

KK1967

## Boarding: Unit Operating Info (Continued)

| Encounter Type | Boarding Start Time | Boarding End Time |
|---|---|---|
| Post SAR Boarding | 07/04/2013 00 30 | 07/04/2013 06 30 |
| Sunrise | Sunset | |
| 07/04/2013 00 00 | 07/04/2013 00.00 | |
| Foreign Agreements | | |

## Boarding: Vessel Operating Info

| Observed Activity | Course | Speed (kts) |
|---|---|---|
| ENTERING PORT | | |
| Adults On Board | No. Adult PFD's | No. Worn |
| 10 | 10 | 0 |
| Children On Board | No. Child PFD's | No. Worn |
| 0 | 0 | 0 |

| Owner Info: | Owner Status |
|---|---|
| | Owner Not On Board |
| Operator Courses: | |

## Boarding: Assisting Units

| Agency | Unit Description | Role |
|---|---|---|
| State | OREGON DFW | Other (Enter in Narrative) |
| Federal | SECTOR COLUMBIA RIVER VBST | Provided Additional Personnel |

KK1968



**U.S. Department of Homeland Security**
**United States Coast Guard**

## Activity Summary Report

| | |
|---|---|
| Title: | DE, W/L ISSUED, 50nm, 8 POB |
| Activity ID: | 4643045 |
| Activity Start Time: | 07/04/2013 |
| Originating Unit: | SEC CimbiaRvr |
| Owner Unit: | SEC CimbiaRvr |
| Controlling Unit: | SEC CimbiaRvr |
| Activity Type: | Fishing Vessel Exam |
| Team Lead: | ▮▮▮▮▮ |
| Status: | Closed - Failed Inspection |
| Status Date: | 07/05/2013 |
| Prompt Date: | |
| Subject POC: | ▮▮▮▮▮ |

### Vessel Owner/Operator:

**Owning Organization Name**
ATLANTIC CAPES FISHERIES INC -

| | | Corporation | | | |
|---|---|---|---|---|---|
| **Address** | **City** | **State** | **Zip** | **Country** | **Province** |
| 985 OCEAN DRIVE | CAPE MAY | NJ | 08204 | US | |

**Operator Name**
▮▮▮▮▮

| **Address** | **City** | **State** | **Zip** | **Country** | **Province** |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮ | ▮ | ▮ | US | |

### Vessel Information

| **Vessel Name:** | **VIN:** | **Flag:** | **Length:** | **Tonnage(GRT/ITC):** |
|---|---|---|---|---|
| PACIFIC CAPES | 583721 | UNITED STATES | 91.3 | |
| **Year Completed:** | **Vessel Type:** | | | **Propulsion Type:** |
| 1977 | Fishing Vessel-Fish Catching Vessel-Longliner | | | |
| **Engine Compartment:** | **Fuel Compartment:** | **Construction:** | | |
| Closed | Closed | Closed | | |

### Activities Conducted:

| **Type** | **Date** | **Unit** |
|---|---|---|
| Initial Dockside Exam | 07/04/13 | SEC CimbiaRvr |

### Inspection Results

| **System** | **Date** | **Results** |
|---|---|---|
| Construction/Loadline | 07/04/13 | Outstanding Deficiencies Exist |
| Deck/Cargo | 07/04/13 | Deficiencies Found and Corrected |
| Documentation | 07/04/13 | Outstanding Deficiencies Exist |
| Fire Fighting | 07/04/13 | Outstanding Deficiencies Exist |
| Fisheries | 07/04/13 | Outstanding Deficiencies Exist |
| Lifesaving | 07/04/13 | Outstanding Deficiencies Exist |
| Operations/Management | 07/04/13 | Outstanding Deficiencies Exist |
| Personnel | 07/04/13 | Outstanding Deficiencies Exist |
| Pollution Prevention/Response | 07/04/13 | Deficiencies Found and Corrected |

### Inspection Results - Deficiencies

KK1969

**Inspection Results - Deficiencies**
(Continued)

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 10 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Documentation | | Markings/Placards | Official Number (US) | |

—Description—
OFFICIAL NUMBER NOT PERMINATELY AFFIXED TO THE VESSEL.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 12 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Lifesaving | | Immersion Suits | Marking | |

—Description—
IMMERSION SUITS NOT PROPERLY MARKED IAW 46 CFR 28.135

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 13 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Lifesaving | | Lifebuoys | Markings (ship name/port) | |

—Description—
LIFE RING BUOYS NOT PROPERLY MARKED WITH THE VESSELS NAME IAW 46 CFR 28.115

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 14 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Documentation | | Certificates/Documents | Stability Letter | |

—Description—
MASTER STATED THAT THE VESSEL WAS IN THE PROCESS OF BEING CONVERTED. WAS UNABLE TO FURNISH STABILITY INSTRUCTIONS. AFTER TALKING TO ▮▮▮▮▮▮▮▮ FROM SECTOR COLUMBIA RIVER, HE STATED THAT ONCE HE WAS ONBOARD THE VESSEL HE WOULD BE ABLE TO DETERMINE IF THIS WAS A VIOLATION.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 15 | | | 07/04/2013 | 07/31/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Documentation | | Certificates/Documents | FCC SSL | |

—Description—
Update the FCC Ship/Station radio license with the current owner information.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 16 | | | 07/04/2013 | 07/31/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Construction/Loadline | | Markings | Vessel Name/Home Port | |

—Description—
Paint over the old name (Ocean Cape) of the vessel and update the hailing port on the stern.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 17 | | | 07/04/2013 | 07/31/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Lifesaving | | Hand Flares | Quantity | |

—Description—
Provide 2 additional hand held flares for a total of 6.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 18 | | | 07/04/2013 | 07/31/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Personnel | | Training | First Aid/CPR | |

—Description—
Provide proof of First Aid/cPR training for 1 person on board.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 19 | | | 07/04/2013 | 07/31/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Operations/Management | | Drug and Alcohol Testing | Testing, Equipment | |

—Description—

KK1970

**Inspection Results - Deficiencies**
(Continued)

Provide alcohol test kits for each person on board.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 20 | | | 07/04/2013 | 07/31/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Fire Fighting | | Portable CO2 Fire Extinguisher | Mounting Bracket | |

---Description---
Provide a mounting bracket for the FOAM fire extinguisher in the process area.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 4 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Operations/Management | | Drills/Instruction | Not Conducted | |

---Description---
DID NOT HAVE RECORDS OF RUNNING DRILLS. VESSEL SAFETY ORIENTATION LOG WAS NOT UP TO DATE FOR THE CREW MEMBERS CURRENTLY ON BOARD THE VESSEL

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 5 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Operations/Management | | Lifesaving | Op Readiness/Maintenance/Inspection | |

---Description---
NO RECORD OF EPIRBS BEING TESTED IAW 46 CFR 25.26-50(a). EPIRBS WERE ALSO NOT PROPERLY LABELED.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 6 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Operations/Management | | Navigation Safety | Navigation Underway, General | |

---Description---
ANCHOR LIGHT WAS INOPERABLE.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 7 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Operations/Management | | Navigation Safety | Navigation Underway, General | |

---Description---
VESSEL HAD NO ADEQUATE SOUND PRODUCING DEVICE ON BOARD. SHIPS HORN WAS INOPERABLE. SHIP HAD BELL, BUT WAS NOT MOUNTED.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 8 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Pollution Prevention/Response | Prevention Equipment | | Sewage System Valve | |

---Description---
VALVE BETWEEN HOLDING TANK AND SKIN OF THE SHIP WAS CLOSED BUT NOT SECURED IAW 33 CFR 159 7. THE REGULATION STATES THAT IN THE NO DISCHARGE ZONE THE Y VALVE HANDLE MUST BE SECURED BY REMOVING THE HANDLE, LOCKING THE OVERBOARD DISCHARGE VALVE IN THE CLOSED POSITION, OR WIRE TYING THE OVER BOARD DISCHARGE VALVE.

| ITEM | COMPLIANCE DATE | | DATE ISSUED | DATE RESOLVED |
|---|---|---|---|---|
| 9 | | | 07/04/2013 | 07/04/2013 |
| SYSTEM | | SUBSYSTEM | COMPONENT | |
| Documentation | | Safety/Response Plans/Programs | Waste Management Plan | |

---Description---
WASTE MANAGEMENT PLAN NOT AVAILBILE FOR INSPECTION.

**Documents and Certificates:**

Certificates:
Document Description                                    Issue Date  Expire Date

KK1971

**Documents:**
**Name:**
PACIFIC CAPES Exam pdf
Pacific Capes Photo JPG

**Description**
Exam checklist 7/4/2013

KK1972

**Documents and Certificates:**
 (Continued)

Pacific Capes Photo2.JPG

**Locations:**

| Latitude | Longitude | Time | Description |
|---|---|---|---|
| | | 07/04/2013 00:00 | Astoria, OR |

**Narrative Summary:**

Conducted a dockside F/V exam to clear COTP Order from law enforcement boarding 7/3/2013. This vessel participates in the hagfish (slime eel) fishery of Washington and Oregon. The vessel is 91.3 ft, steel hull, 197 GT freezer/longliner operating less than 50nm from shore with 8 POB. Cleared items from COTP Order, however issued worklist for minor items discovered during exam. Vessel released from COTP order. No decal issued.

**Vessel has AIS
**Two inflatable SOLAS A liferafts on board (16 persons and 8 persons) for total capacity of 24.
**12 immersion suits on board (3 Jumbo, 11 Universal and 1 Intermediate). The Intermediate suit is not presently assigned to any crewmember.
**Verified inter-lock for high water in the process deck
**Vessel has a waste oil tank and is emptied via a vac truck.
**Vessel was sponsoned in early 1991.
**3 fireman's outfits on board and 2 SCBAs
**Vessel uses Freon (R-22) as refrigerant

**Activity Action Log:**

| Eff. Date | Unit | Individual | Description |
|---|---|---|---|
| 07/05/2013 Progress" | SEC ClmbiaRvr | ▪▪▪▪▪▪▪▪ | Activity Created. Status: "Open - In |
| 07/05/2013 Inspection" | SEC ClmbiaRvr | ▪▪▪▪▪▪▪▪ | Status Changed to "Closed - Failed |

KK1973

FREEZES HALLFISH ON BOARD                                    AIS SYSTEM.

## USCG COMMERCIAL FISHING VESSEL SAFETY EXAMINATION

| Vessel Name: PACIFIC CAPES | | I.D. Number: 583721 | |
|---|---|---|---|
| Call Sign: | Other Identifier: | | |
| Hull Color: | Trim Color: | | Superstructure Color: |
| Vessel Length: 91.3 | Gross Tonnage: 177   134NT | | Maximum POB: 8 |

| Hull Type: ☐ Wood ☐ Aluminum ☐ Fiberglass ☒ Steel ☐ Other *(specify)*: | Vessel Type: ☒ Fishing Vessel ☐ Fish Tender ☐ Fish Processing Vessel |
|---|---|
| Year Built: 1977 | Year Converted: SUNSONING FEB 1991. |
| Propulsion: ☐ Outboard ☒ Inboard ☐ Inboard/Outboard | Horsepower: | Number of Shafts: |

| Decal Info: ☒ Initial Issue ☐ Renewal<br>If a renewal, date last decal issued: _____ | Fishing Equipment: ☒ Long Line ☐ Multi-Rig<br>☐ Troll ☐ Gill Net ☐ Tender ☐ Trawl ☐ Purse Seine.<br>☐ Trap ☐ Bottom ☐ Other *(specify)* SLINE TEC |
|---|---|
| Fuel: ☐ Gas ☒ Diesel ☐ Portable ☐ Fixed (vented) | Number of Fuel Tanks: 1 |
| Lube Oil Capacity (gal): | Hydraulic Oil Capacity (gal): | Fuel Capacity (gal): 31,000 GAL |

| Route: ☐ Inland ☐ Waters Inside Coastal Waters ☐ Coastal Waters |
|---|
| Boundary Line: ☐ Inside ☒ Outside ☐ <3nm ☐ ≤12nm ☐ <20nm ☒ ☐ <50nm ☐ >50nm ☐ >100nm |
| Applicable Waters: ☐ Warm ☒ Cold |

| Owner: ATLANTIC CAPES FISHERIES INC | Contact Person: |
|---|---|
| Owner Address: 985 OCEAN DRIVE<br>CAPE MAY NJ 08204 | Contact Address: |
| Owner Phone: | Contact Phone: |

| Exam Requested Due To: ☒ 4100 Boarding ☐ Owner ☐ Family Member ☐ Observer Coverage ☐ Exemption ☐ Other *(specify)* COTP ORDER |
|---|
| How did requester hear about program? |

A voluntary dockside examination has been completed on this vessel but a Commercial Fishing Vessel Safety Decal cannot be issued due to the deficiencies listed below and on the Continuation Sheet. *(Deficiencies are listed by citation number with an explanation of the item(s) not in compliance, or identification of any particularly hazardous condition(s)):*

SEE ATTACHED 2 WORK LIST.

| VERIFIED INTER-LOCK FUNCTION WITH HIGH WATER |
|---|
|  |
|  |
|  |

| When these deficiencies are corrected, please call 503 240 9337 to schedule a re-examination. | |
|---|---|
| Examiner's Name: | Examiner's Unit: MSU PORTLAND OR |
| Date of this Exam: 7/4/2013 | Location: ASTORIA OR |

*CONGRATULATIONS! Your vessel has been examined and is in compliance with all applicable safety regulations. Commercial Fishing Vessel Safety Decal Number _____ has been issued. The decal is valid until the date indicated on the Decal provided the vessel safety equipment remains serviceable and the operating conditions described above are not exceeded. The Decal is to be removed from the vessel if the vessel is sold. This form should be kept on board your vessel so it can be shown to the Coast Guard if your vessel is boarded.*

| Issuing Examiner's Signature: | Date Issued: |
|---|---|
| Vessel Representative's Signature: | |

**Official Use Only**

| HOURS | Exam: | Travel: | Training: | Training Travel: |
|---|---|---|---|---|

Department of Homeland Security
United States Coast Guard
CG-5587 (6/08) *Previous editions may be used.*

VESSEL OWNER COPY

KK1974

## GENERAL VESSEL REQUIREMENTS

| Vessel Name: | | I.D. Number: | |
|---|---|---|---|

### BRIDGE & DOCUMENTS

| | | | |
|---|---|---|---|
| 33 CFR 173<br>46 CFR 67 | Registration/Documents/Markings | | O Yes ☒No O N/A |
| 47 CFR 80.405 | FCC Ship Station License | | O Yes ☒No O N/A |
| 46 CFR 28.165 | Injury Placard (All Vessels) | | ☒Yes O No O N/A |
| 33 CFR 155.450 | Oil Pollution Placard (Vessels ≥ 26 Feet) | | ☒Yes O No O N/A |
| 33 CFR 151.59 | MARPOL (Garbage) Placard (Vessels ≥ 26 Feet) | | ☒Yes O No O N/A |
| 33 CFR 151.57 | Waste Management Plan (Ocean Going Vessels ≥ 40 Feet) | | ☒Yes O No O N/A |
| 33 CFR 151.55 | Garbage Log (Ocean Going Vessels ≥ 400 Gross Tons) | | O Yes O No ☒N/A |
| 46 USC Chap 51 | Load Line Certificate (Fish Tenders or Fish Processors) | | O Yes O No ☒N/A |
| 46 USC 8304 | Licensing/Manning (Master/Mate/Chief Eng. on Vessels ≥ 200 Gross Tons) | | O Yes O No ☒N/A |
| 46 USC 8103 | Citizenship (Master & crew requirements met) | | ☒Yes O No O N/A |
| 46 CFR 28.225<br>33 CFR 88.05 | Inland Navigation Rules on Board (Inland Waters Only; Vessels ≥ 39.4 ft) | | ☒Yes O No O N/A |
| 33 USC 1602<br>33 USC 2020<br>72 COLREGS | Dayshapes (Two black cones, apex to apex; per Rule 3(d), dayshapes & fishing lights not required if fishing gear does not restrict maneuverability) | | ☒Yes O No O N/A |
| 33 USC 1602<br>33 USC 2020<br>72 COLREGS | Navigation Lights:<br>Side Lights (112.5°), Stern Light (135°) & Mast Head Light (225°)<br>Anchor Light (360°; for vessels ≥ 39.4 Feet)<br>Red over White (360° other than trawling; see Rule 3(d) for exceptions)<br>Green over White (360° trawling; see Rule 3(d) for exceptions) | | ☒Yes O No O N/A |
| 33 USC 1602<br>33 USC 2020<br>72 COLREGS | Sound Producing Devices:<br>☐ Vessels < 39.4 ft: Means of Making an Efficient Sound Signal<br>☐ Vessels 39.4 ft – 65.6 ft: Audible ½ Mile, Whistle & 7.9" Bell<br>☒ Vessels 65.6 feet – 328.1 ft: Audible 1 Mile, Whistle & 11.8" Bell  _Loud hailer_ | | ☒Yes O No O N/A |
| 33 CFR 164 | Navigation Safety Requirements (Vessels ≥ 1600 Gross Tons) | | O Yes O No ☒N/A |

### LIFESAVING

| | | | |
|---|---|---|---|
| 46 CFR 28.145 | Visual Distress Signals ☐  _4/2016 SMOKE (3)  5/2016 FLARE(7)_ | | O Yes ☒No O N/A |
| 46 CFR 28.110<br>46 CFR 28.135<br>46 CFR 28.140 | ☒ Immersion Suits ☐ PFDs  _HAND  6/2016_<br>Number of Immersions Suits On-Board: _12_  _3JUMBO_<br>Number of PFDs On-Board: _____  _8 UNIV.  (4)_<br>☒ Marking with name and retro-reflective tape  _1 - INT_<br>☒ Properly maintained | | ☒Yes O No O N/A |
| 46 CFR 28.115<br>46 CFR 28.135<br>46 CFR 28.140 | Ring Life Buoys:  _LIFE-SLING    7 RING AWBL_<br>☒ Marking with name and retro-reflective tape<br>☐ 60 Feet of Line ☒ 90 Feet of Line ☒ Properly Maintained | | ☒Yes O No O N/A |
| 46 CFR 28.120<br>46 CFR 28.125<br>46 CFR 28.130<br>46 CFR 28.140 | Survival Craft:<br>Number Survival Craft Onboard: _2_  Total Survival Craft Capacity: _24_  _16 MAN SOLAS ☒ 2/2014  20/2015 HRW_<br>Type: ☒ Inflatable Raft ☐ Rigid Liferaft ☐ IBA ☐ BA ☐ Life Float<br>Pack Type: ☒ SOLAS A ☐ SOLAS B ☐ COASTAL SERVICE  _8 MAN SOLAS ☒ 2/2014 – 2/2015 HRW_<br>☒ Hydrostatic Release & Date: _015_ ☒ Float Free ☐ Proper Storage | | ☒Yes O No O N/A |
| 46 CFR 28.150<br>46 CFR 25.26<br>46 CFR 28.135<br>47 CFR 80<br>46 CFR 28.140 | Emergency Position Indicating Radio Beacon (EPIRB):<br>Bracket Category: ☒ One, ☐ Two Hydrostatic Release exp. date: _2/2015_<br>Battery expiration date: _11/2018_  NOAA Registration exp. date: _4/2016_<br>Beacon ID: _2 D C S 6 - 4 8 6 8 A - E F F B E E_ | | ☒Yes O No O N/A |

Checklist page 1 of 3

KK1975

# GENERAL VESSEL REQUIREMENTS

| Vessel Name: | | I.D. Number: | |
|---|---|---|---|

## ENGINE ROOM/MISCELLANEOUS

| | | |
|---|---|---|
| 46 CFR 28.155<br>46 CFR 28.160<br>46 CFR 25.30 | **Fire Extinguishing Equipment:**<br>BI: _____ BII: _____ BIII: _____ Other: _OK_<br>☐ Pre-engineered ☐ Fixed System<br>☐ CO2 Cylinders For Fixed System Located Outside Engine Room | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.140 | Unobstructed Escape Routes | O Yes  O No  O N/A |
| 46 CFR 25.35 | Flame Arrestor (gas power) | O Yes  O No  Ⓧ N/A |
| 46 CFR 25.40 | Ventilation (gas power) | O Yes  O No  Ⓧ N/A |
| 33 CFR 159.7 | **Marine Sanitation Device**<br>☐ Type I ☐ Type II ☒ Type III ☐ None | Ⓧ Yes  O No  O N/A |
| 33 CFR 155.330 | **Non-Oceangoing Vessels Are Able To:**<br>☐ Retain oily mix on board<br>☐ Discharge to a facility | O Yes  O No  Ⓧ N/A |

## VESSELS GREATER THAN 100 GT, USE SUPPLEMENT 1 (CG-5587B)

## ADDITIONAL REQUIREMENTS FOR DOCUMENTED VESSELS OPERATING BEYOND THE BOUNDARY LINE OR WITH MORE THAN 16 PEOPLE ON BOARD

### BRIDGE

| | | |
|---|---|---|
| 46 CFR 28.210 | **First Aid/CPR**<br>☒ First Aid Kit/Medicine Chest ☒ First Aid Manual<br>☐ Individual Certified in First Aid ☐ Individual Certified in CPR | O Yes  Ⓧ No  O N/A |
| 46 CFR 26.03-4<br>46 CFR 28.225 | **Navigation Publications**<br>☒ Charts for Safe Navigation ☐ Extracts of Publications Used<br>☒ Tidal/Current Tables ☒ CG Light List ☒ US Coast Pilot | Ⓧ Yes  O No  O N/A |
| 46 USC 10601 | Crew Contracts (Vessels ≥ 20 Gross Tons) | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.230 | Magnetic Compass/Compass Deviation Table | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.235 | Anchors & Radar Reflectors | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.245<br>47 CFR 80<br>33 CFR 26.03<br>46 CFR 28.375 | **Communication Equipment**  _SAT Phone_<br>☒ VHF ☒ SSB ☐ HF ☒ Cell Phone<br>☒ 3 Hour Emergency Power Supply | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.260 | **Electronic Position Fixing Device (Vessels ≥ 79 feet)**<br>☒ GPS ☐ SATNAV ☐ Other | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.240 | **General Alarm System**<br>☒ Tested ☒ Flashing Red Light in Engine Room | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.250 | **High Water Alarms (Vessels ≥ 36 feet)**<br>☒ Tested in all floodable spaces | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.265 | Emergency Instructions (Must be posted on vessels with ≥ 4 POB) | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.270 | **Instructions, Drills, & Safety Orientation**<br>☒ Drills Conducted ☐ Drills Witnessed ☒ Safety Orientation Provided<br>☒ Qualified Drill Conductor Name ▮▮▮▮▮▮  _Amfsa 11-5-10_ | Ⓧ Yes  O No  O N/A |
| 33 CFR 155.1030 | SOPEP (Vessels > 400 Gross Tons traveling over international waters) | O Yes  O No  Ⓧ N/A |
| 46 CFR 16 | Drug Testing Program (Credentialed Crew on Vessels > 200 Gross Tons) | O Yes  O No  Ⓧ N/A |
| 46 CFR 4.06-15 | **Alcohol Testing**<br>Does vessel carry devices or have arrangements to accomplish testing within 2 hours after a serious marine incident? | O Yes  Ⓧ No  O N/A |

Checklist page 2 of 3

KK1976

# ADDITIONAL REQUIREMENTS FOR DOCUMENTED VESSELS OPERATING BEYOND THE BOUNDARY LINE OR WITH MORE THAN 16 PEOPLE ON BOARD

| Vessel Name: | | I.D. Number: | |
|---|---|---|---|

### *LIFESAVING*

| 46 CFR 28.205 | Fireman's Outfits (if more than 49 POB):<br>☐ SCBA (Two 30 minute SCBAs)  ☐ Boots (2 sets)<br>☐ SCBA Spare Bottles          ☐ Gloves (2 sets)<br> (Two 30 minute bottles)     ☐ Fire Axe (2 axes)<br>☐ Lifeline (2 lines)            ☐ Protective Clothing (2 sets)<br>☐ Rigid Helmet (2 helmets)   ☐ Flashlight (2 lights)    *3 Fireman's Outfits* | O Yes  O No  Ⓧ N/A |
|---|---|---|
| 46 CFR 28.205 | SCBAs (required only if vessel equipped with ammonia refrigerant)<br>☐ SCBA (Two 30 minute SCBAs)<br>☐ SCBA Spare Bottles (Two 30 minute bottles)    *2 SCBA's* | O Yes  O No  Ⓧ N/A |

### *ENGINE ROOM*

| 46 CFR 28.215 | Guards for Exposed Hazards | Ⓧ Yes  O No  O N/A |
|---|---|---|
| 46 CFR 28.255 | Bilge Pump, Piping & Dewatering Systems | Ⓧ Yes  O No  O N/A |

### *MISCELLANEOUS*

| 47 CFR Subchapter W | GMDSS (Vessels ≥ 300 Gross Tons; see NVIC 3-99 for exemptions)<br>☐ Radio Operators License  ☐ DSC equipped VHF, MF, & HF radios<br>☐ SART (Search & Rescue Transponder)  ☐ NAVTEX receiver<br>☐ 406 MHz EPIRB (in addition to requirement in 46 CFR 28.150) | O Yes  O No  Ⓧ N/A |
|---|---|---|
| 33 CFR 161.12 | DSC (For any vessel with a DSC-capable radio, verify the MMSI is properly programmed); MMSI (9 characters) is: \| \| \| \| \| \| \| \| \| | O Yes  O No  Ⓧ N/A |
| 33 CFR 164.46 | AIS (Fish Tenders & Fish Processors ≥ 65 feet operating within a VTS or on an international voyage) | Ⓧ Yes  O No  O N/A |
| 50 CFR 600.730 | Safe Boarding Ladder (Vessels with more than 4 feet of freeboard) | Ⓧ Yes  O No  O N/A |
| 46 CFR 28.300<br>46 CFR 28.400 | Vessel Constructed Or Had A Major Conversion After 15 Sep 91 & Carry More Than 16 POB (If YES, use Supplement 2; CG-5587B) | O Yes  Ⓧ No |
| 46 CFR 28.500 | Vessel ≥ 79' Not Required Load Lines & Constructed Or Had A Major Conversion/Alteration To Fishing/Processing Equipment After 15 Sep 91 (If YES, use Supplement, 2, Subpart E; CG-5587B) | O Yes  Ⓧ No |
|  | Vessel Has Capacity To Carry ≥ 10,500 gallons (250 BBL) Of Oil Or Hazardous Materials (If YES, use Supplement 3; CG-5587B) | Ⓧ Yes  O No |
| 46 CFR 28.700<br>46 CFR 28.720 | Fish Processor<br>☐ Must have a Certificate of Compliance*<br>☐ If built or converted after 27 Jul 90 must be classed*<br>* From ABS, DNV, or approved 3rd Party, Not Coast Guard | O Yes  O No  Ⓧ N/A |
|  | STCW Requirements (Fish Processors more than 200 Gross Tons) | O Yes  O No  Ⓧ N/A |

### CFVS EXAMINATION BOOKLET GUIDELINES

This booklet is to be used to record voluntary examinations of commercial fishing industry vessels  It provides a summary list of Coast Guard requirements to examiners and owners/operators of commercial fishing industry vessels.  This booklet should be used in conjunction with the regulations or other aids developed by the Coast Guard to assist in understanding of the regulations.  Examiners should retain the "Examiner Copy" of the first page, continuation sheet and the checklist pages for their records.  The "Vessel Copy" of the first page and continuation sheet should be left with the vessel.

PRIVACY ACT STATEMENT for VOLUNTARY DOCKSIDE EXAMINATIONS on COMMERCIAL FISHING VESSELS

PRIVACY ACT STATEMENT:  Required by Public law 93-579

AUTHORITY:  46 USC 4502, 46 USC 4504, 46 USC 4507, 46 USC 6104 and 14 USC 89

PRINCIPAL PURPOSE(S):  To document the Voluntary Dockside Examiner's report, enhance fishing vessel safety and promote public awareness and education. Information may be retained on file indefinitely.

ROUTINE USE(S):  This information is to be used for uniform Coast Guard reporting and administration of Voluntary Dockside Examination data.  It will be used to record the number of vessels and level of compliance with Coast Guard regulations.

MANDATORY OR VOLUNTARY DISCLOSURE:  Providing any information during the course of a voluntary dockside examination is voluntary.  Failure to provide information necessary to ensure compliance with applicable regulations may prevent issuance of the safety decal.  Providing a vessel document/certificate of number by the operator of a vessel is mandatory.  Failure to provide vessel documentation/registration may prevent issuance of the safety decal.

Checklist page 3 of 3

KK1977

*CONTINUATION SHEET*

UPDATE FCC SHIP/STATION LICENCE      FCC GOV

PAINT OVER OLD VESSEL NAME ON BOW & STERN

PROVIDE 2 MORE HAND HELD FLARES.

PROVIDE PROOF OF FIRST AID & CPR TRAINING "FOR | PERSON.

PROVIDE ALCOHOL TEST KITS FOR EACH PERSON.

BRACKET FOR FOAM FIRE EXTINGUISHER IN PROCESS AREA.

**VESSEL OWNER COPY**

KK1978

# COMMERCIAL FISHING VESSEL SAFETY EXAMINATION SUPPLEMENTS
## U.S. COAST GUARD

| SUPPLEMENT 1 | | |
|---|---|---|
| Vessel Name: PACIFIC CARES | Number: 583721 | |
| *REQUIREMENTS BASED ON TONNAGE AND AREA OF OPERATION VESSELS>100 GROSS TONS* | | |
| 33 CFR 155.320 | Vessels ≥ 100-299 GT: Fixed containment or portable 5 gal. container | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.470 | Vessels ≥ 100-399 GT: Fixed system to discharge slops | (X) Yes ( ) No ( ) N/A |
| | Vessels ≥ 100-399 GT: Pump, stop & stop valve at each outlet | (X) Yes ( ) No ( ) N/A |
| 33 CFR 130 | Vessels ≥ 300 GT: Valid COFR | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.470 | Vessels ≥ 300 GT: No oil forward of collision bulkhead | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.320 | Vessels ≥ 300 GT: Fixed Containment | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.350 | Vessels < 400 GT Oceangoing: Able to discharge to a facility | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.350 | Vessels < 400 GT Oceangoing: Able to retain all slop or OWS | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.19 | Vessels ≥ 400 GT: Engages in foreign voyage (IOPP Certificate) | ( ) Yes (X) No ( ) N/A |
| 33 CFR 155.25 | Vessels ≥ 400 GT: Oil Record Book | ( ) Yes (X) No ( ) N/A |
| 33 CFR 155.360 | Vessels ≥ 400 GT Oceangoing: No tank ballast<br>☐ Approved 100 PPM OWS w/monitor or 15 PPM OWS w/bilge alarm<br>☐ Sludge tank of adequate size<br>☐ Slop discharge pipeline | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.370 | Vessels ≥ 400 GT Oceangoing: With tank ballast<br>☐ Approved 100 PPM OWS w/monitor or 15 PPM OWS w/bilge alarm<br>☐ Sludge tank of adequate size<br>☐ Slop discharge pipeline | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.420 | Vessels ≥ 400 GT Oceangoing: Standard Discharge Connection | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.470 | Vessels ≥ 400 GT: No oil in forepeak | ( ) Yes ( ) No (X) N/A |
| Examiners Comments: | | |

WASTE OIL TANK. TANK IS SUCKED OUT
VIA A VAC-TRUCK.

DEPARTMENT OF HOMELAND SECURITY
UNITED STATES COAST GUARD
CG-5587B (1/04)

KK1979

## SUPPLEMENT 2

| Vessel Name: | | Number: | |
|---|---|---|---|
| *VESSELS CONSTRUCTED OR HAD MAJOR CONVERSION AFTER 15 SEP 91 AND WITH MORE THAN 16 POB* | | | |
| 46 CFR 28.400 | Radar & Depth Sounder | | ( ) Yes  ( ) No  (x) N/A |
| 46 CFR 28.315<br>46 CFR 28.320<br>46 CFR 28.325 | Fire Fighting Equipment<br>☐ Fire Pumps, Hydrants, and Hoses<br>☐ Fixed Gas Fire Extinguishing System<br>☐ Fire Detection System | | ( ) Yes  (x) No  ( ) N/A |
| 46 CFR 28.380<br>46 CFR 28.385 | General Structural Fire Protection (*see regulations for details*)<br>☐ General Structural Fire Protection<br>☐ Structural Fire Protection on vessels with more than 49 POB | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.340 | Ventilation | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.345 – 28.375 | Electrical Standards IAW the Regulations | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.390 | Means of Escape | | ( ) Yes  ( ) No  ( ) N/A |
| | Embarkation Stations | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.335 | Fuel Systems | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.405 | Hydraulic Equipment | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.310 | Survival Craft Launch Opening | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.410 | Deck Rails, Lifelines, Storm Rails, and Hand Grabs | | ( ) Yes  ( ) No  ( ) N/A |
| **Examiners Comments:** | | | |

## SUPPLEMENT 2, SUBPART E

| Vessel Name: | | Number: | |
|---|---|---|---|
| *VESSELS 79 FEET OR MORE NOT REQUIRED LOAD LINES CONSTRUCTED OR HAD A MAJOR CONVERSION OR ALTERATION TO FISHING/PROCESSING EQUIPMENT AFTER 15 SEPTEMBER 1991* | | | |
| 46 CFR 28.400 | Radar & Depth Sounder | | ( ) Yes  ( ) No  ( ) N/A |
| 46 CFR 28.315<br>46 CFR 28.320<br>46 CFR 28.325 | Fire Fighting Equipment<br>☐ Fire Pumps, Hydrants, and Hoses<br>☐ Fixed Gas Fire Extinguishing System<br>☐ Fire Detection System | | ( ) Yes  ( ) No  ( ) N/A |
| **Examiners Comments:** | | | |

KK1980

86.18

## SUPPLEMENT 3

| Vessel Name: | | Number: | |
|---|---|---|---|

### OIL TRANSFER PROCEDURES VESSELS WITH CAPACITY TO CARRY MORE THAN 10,500 GALLONS (250 BBL) OF OIL OR HAZARDOUS MATERILS

| | | |
|---|---|---|
| 33 CFR 155.700 | Person in charge designated | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.710 | Person in charge qualified | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.720 | Current procedures | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.720 | Transfer procedure to and from (as needed) vessel and tank-to-tank w/i vessel | (X) Yes ( ) No ( ) N/A |
| 33CFR 155 740 | Available for inspection | (X) Yes ( ) No ( ) N/A |
| | Printed in a language understood by crew | (X) Yes ( ) No ( ) N/A |
| | Permanently posted or available/easily seen when in transfer Operation | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.750 | Generic name of product transferred | (X) Yes ( ) No ( ) N/A |
| | Physical description of product | (X) Yes ( ) No ( ) N/A |
| | Description of odor product | (X) Yes ( ) No ( ) N/A |
| | Hazards involved in handling/safe instructions | (X) Yes ( ) No ( ) N/A |
| | Procedures for spills, leaks, or personnel exposure | (X) Yes ( ) No ( ) N/A |
| | Fire fighting procedures including extinguishing agents | (X) Yes ( ) No ( ) N/A |
| | Indicate applicability of transfer procedures | (X) Yes ( ) No ( ) N/A |
| | Piping line diagram (location of each valve, pump, control device, vent, & overflow) | (X) Yes ( ) No ( ) N/A |
| | Location of shutoff valve or other isolation device that separates bilge or ballast from transfer system | (X) Yes ( ) No ( ) N/A |
| | Description of & procedure for emptying discharge containment system | (X) Yes ( ) No ( ) N/A |
| | Indicate number of people required to be on duty (duty and title) | (X) Yes ( ) No ( ) N/A |
| | Procedures/Duty assignments for tending vessel mooring lines | (X) Yes ( ) No ( ) N/A |
| | Emergency shutdown procedure and means of communications | (X) Yes ( ) No ( ) N/A |
| | Procedures for topping off tanks | (X) Yes ( ) No ( ) N/A |
| | Procedures for ensuring all valves are closed upon completion | (X) Yes ( ) No ( ) N/A |
| | Procedures for reporting discharge into the water | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.785 | Communications | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.790 | Deck lighting | (X) Yes ( ) No ( ) N/A |
| 33 CFR 155.800 | Oil hose | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.805 | Oil hose end blanks | ( ) Yes ( ) No (X) N/A |
| 33 CFR 155.820 | Records: <br> ☐ Name(s) of person in charge <br> ☐ Results of required tests/inspections (hose, relief valves, remote shutdown indicators) <br> ☐ Transfer hose info (oil service marks, date of manufacture, MAWP, tests) | (X) Yes ( ) No ( ) N/A |

**Examiners Comments:**

KK1981



KK1982

86.20



KK1983

86.21