**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**


KIERAN KELLY                                     :
                                                 :
                    -V-                          :        NO. 1:15-cv-06926 NLH-JS
                                                 :
ATLANTIC CAPE FISHERIES, INC.,                   :
SEA HARVEST, INC.,                               :
And the F/V PACIFIC CAPES                        :


<u>**ORDER**</u>

AND NOW, THIS _____ DAY OF_____, 2017, upon consideration

of Defendants' Motion to Preclude Certain Testimony from Plaintiff's Liability Expert, Joseph A.

Derie, and any opposition thereto, Defendants' Motion is hereby GRANTED.

IT IS HEREBY ORDERED AND DECREED that any testimony about OSHA violations,

regulations or standards by Joseph A. Derie is precluded at trial.


BY THE COURT:


_____
                                                J.