UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KIERAN KELLY | : |
| | : |
| -V- | : NO. 1:15-cv-06926 NLH-JS |
| | : |
| ATLANTIC CAPE FISHERIES, INC., | : |
| SEA HARVEST, INC., | : |
| And the F/V PACIFIC CAPES | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, I electronically filed the foregoing document with the United States District Court of New Jersey by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by CM/ECF System:

Paul T. Hofmann, Esquire
Hofmann & Schweitzer
1130 Route 202 South, Suite A7
Raritan, NJ  08869

Respectfully Submitted,

REEVES McEWING, LLP

*/s/ Brian McEwing, Esquire*
BRIAN McEWING, ESQUIRE
681 Townbank Road
Cape May, New Jersey 08204
Tele: #609-846-4717
Attorney for Defendants
mcewing@lawofsea.com

Date:  12/4/17